No. 93–7007.   NUNEZ-OROZCO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 93–7008.   MCKINNEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–7009.   RESTREPO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 93–7011.   MULLENDORE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 93–7012.   MCDAUGHTERY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 93–7017.   PAPE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 93–7019.   COOKS v. KENEDY INDEPENDENT SCHOOL DISTRICT.   C. A. 5th Cir.   Certiorari denied.

No. 93–7021.   BELL v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 93–7022.   HAUGEN v. CLARK.   Sup. Ct. Nev.   Certiorari denied.

No. 93–7023.   REED v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 93–7037.   MOORE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 93–7046.   FIELDS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 93–7047.   GRYGAR v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–7049.   GREENE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 93–7052.   BREWER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 93–7053.   CASTANEDA-FERNANDEZ v. UNITED STATES. C. A. 11th Cir.   Certiorari denied.